### Belar Unemployment Compensation Case.

Argued September 17, 1964. *Harry Smuckler,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Raymond Kleiman,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.